COMMONWEALTH of Pennsylvania,
Respondent

v.

Fred Augusta MITCHELL, Petitioner

No. 147 WAL 2017

Supreme Court of Pennsylvania.

September 19, 2017

### ORDER

PER CURIAM

AND NOW, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Shaun Michael HOWARD, Petitioner

No. 131 WAL 2017

Supreme Court of Pennsylvania.

September 19, 2017

### ORDER

PER CURIAM

AND NOW, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Gerald LEPRE, Petitioner

No. 124 WAL 2017

Supreme Court of Pennsylvania.

September 19, 2017

### ORDER

PER CURIAM

AND NOW, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.